395 P.3d 337

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Carl LEDUNE, Defendant-Appellant.**

**NO. CAAP-16-0000549**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 9, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CR. NO. 15-1-136K)

SUMMARY DISPOSITION ORDER

Affirm.